UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY ARMANDO MURILLO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>W.L. MONTGOMERY,<br><br>　　　　　　Respondent. | No. 2:14-cv-1719 DAD P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner is incarcerated in Calipatria State Prison in Imperial County and was convicted in San Diego County. Both Imperial County and San Diego County are in an area located within the boundaries of the United States District Court for the Southern District of California.

　　　　Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

/////

/////

/////

1

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2   transferred to the United States District Court for the Southern District of California.  28 U.S.C. §
3   2241(d); 28 U.S.C. § 1406(a).
4   Dated:  July 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
muri1719.108b